

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-18-00035-CV

**IN THE INTEREST OF E.J.V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14089
The Honorable Eric Rodriguez, Judge Presiding

## O R D E R

The trial court clerk's request for additional time to file the clerk's record is granted. We order the trial court clerk, Donna Kay McKinney, to file the clerk's record by February 19, 2018. The trial court clerk's notice of late record states the record in this case was originally due December 11, 2017. The trial court clerk is therefore advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts expended in preparing the clerk's record, and (3) provides the court reasonable assurance that the clerk's record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court